FILED
October 3, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG 04-0231 GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| BERNARD MIRAMONTES, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __BERNARD MIRAMONTES__ , Case No. __MAG 04-0231 GGH__ , Charge __18 USC § 3146__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✗   Release on Personal Recognizance

__   Bail Posted in the Sum of $_____

__   Unsecured Appearance Bond $ _____

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

__   (Other)   _____

Issued at __Sacramento, CA__ on __October 3, 2005__ at __2:25 pm__.

By __GREGORY G. HOLLOWS__
Gregory G. Hollows
United States Magistrate Judge

Original - U.S. Marshal